**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Fortunado HERNANDEZ–RODRI-GUEZ, aka Fortunato Hernandez–Rodriguez, Defendant—Appellant.**

No. 06–10022.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2008.*

Filed March 25, 2008.

Claire Kiehl Lefkowitz, Esq., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Thomas Scott Hartzell, Esq., Tucson, AZ, for Defendant–Appellant.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

MEMORANDUM **

Fortunado Hernandez–Rodriguez appeals from his guilty-plea conviction and 57–month sentence imposed for illegal reentry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hernandez–Rodriguez's counsel has filed a brief stating there are no arguable grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we dismiss in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000) (appeal waiver valid when entered into knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.